IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**DANIEL TOMPKINS**,

        Plaintiff,

                          Case No: 17-cv-102

   vs.

**SWAT HOLDINGS, LLC**,

        Defendant.

**STIPULATION FOR DISMISSAL OF COMPLAINT
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

PLEASE TAKE NOTICE that the parties, through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to voluntarily dismiss, with prejudice, and without payment of costs or fees, the Plaintiff's Complaint against Defendant.

Dated this 2nd day of October, 2017.

        *Attorneys for Plaintiff*

        By: */s/ Caitlin M. Madden*
        **HAWKS QUINDEL, S.C.**
        David C. Zoeller, State Bar No. 1052017
        Email: dzoeller@hq-law.com
        Caitlin M. Madden, State Bar No. 1089238
        Email: cmadden@hq-law.com
        409 East Main Street
        Post Office Box 2155
        Madison, Wisconsin 53701-2155
        Telephone: (608) 257-0040

*Attorney for Defendant*

By:   */s/ Kendall Harrison*
**GODFREY & KAHN, S.C.**
Kendall W. Harrison
Email: kharrison@gklaw.com
1 East Main Street
Post Office Box 2719
Madison, WI 53701-2719
Telephone: (608) 257-3911

2